IN RE: Oscar STILLEY

06-067                                                269 S.W.3d 792

Supreme Court of Arkansas
Opinion delivered December 13, 2007

PER CURIAM. ■    We have been apprised that Mr. Oscar
Stilley has requested that subpoenas be issued to compel
certain named justices of this court to appear at a public meeting
before the Supreme Court Committee on Professional Conduct
scheduled for December 14, 2007, at 10:00 a.m. Previously, Mr.

Stilley made the same request of named supreme court justices to appear for depositions in the same proceeding against Mr. Stilley pending before the Professional Conduct Committee. By letter opinion dated February 14, 2003, this court quashed the subpoenas, setting out the reasons for the ruling therein. That opinion was signed by all justices.

Here, Mr. Stilley is again seeking to compel the justices to be present at a hearing, rather than at a deposition. For the same reasons given in this court's February 14, 2003, opinion, we herewith quash the subpoena issued in this proceeding.

This court has superintending control over the practice and conduct of all attorneys, *see* Ark. Const. amend. 28, and we reserve the right to continue to examine this matter, including the issue of sanctions, should such be deemed appropriate.